1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Apr 22 2025
Clerk, U.S. District Court
Western District of Texas

By: _mvm_
Deputy

**USA**

vs.

**(1) JOSE ALFONSO DERAS-VALLE**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:25-M -01870(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 16, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Jose Alfonso DERAS-Valle, an alien to the United States and a citizen of El Salvador was found near or at mile marker 87 of Interstate - 10 in Fort Hancock, Texas in the Western District of Texas. From statements made by "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ BENITEZ-MEDINA, JOSE
Signature of Complainant
Border Patrol Agent

April 22, 2025
File Date

at   EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 1:05 PM.**
**FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -01870(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) JOSE ALFONSO DERAS-VALLE**

<u>FACTS   (CONTINUED)</u>

the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of El Salvador, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to El Salvador on February 21, 2025,  through Alexandria, La.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

<u>IMMIGRATION HISTORY:</u>

The DEFENDANT has been Removed 2 time(s), the last one being to EL SALVADOR on February 21, 2025, through ALEXANDRIA, LA

<u>CRIMINAL HISTORY:</u>

06/25/2008, MIAMI DADE COUNTY, FL, HOMICIDE-WILFUL KILL / MURDER PREMED ATT FA(F), CNV, SENTENCE TYPE-Concurrent0Y0M0DT0H0M0S to 15Y0M0DT0H0M0S.
06/25/2008, MIAMI DADE COUNTY, FL, FIRING WEAPON / FIREARM DISCH VEH(F), CNV, SENTENCE TYPE-Concurrent0Y0M0DT0H0M0S to 15Y0M0DT0H0M0S.
12/16/2021, Hamilton County Sheriffs Office, SMUGGLE CONTRABAND INTO PRISON-CELLULAR PHONE(F), DSM, DISMISSED.